UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:07-cr-535-T-26

ROBERT LEE PHILLIPS
_____/

**O R D E R**

**UPON FURTHER REFLECTION**, it is **ORDERED AND ADJUDGED** that Defendant's *pro se* Motion for Sentence Reduction filed pursuant to 18 U.S.C. § 3582(c)(2) (Dkt. 47) is denied without prejudice. See United States v. Berry, 701 F. 3d 374, 377 (11th Cir. 2012) (stating that "[t]he problem for [Defendant] is the [the Fair Sentencing Act] is not a guidelines amendment by the Sentencing Commission, but rather a statutory change by Congress, and thus it does not serve as a basis for a § 3582(c)(2) sentence reduction in [Defendant's] case."). The Government's Motion for Extension of Time (Dkt. 49) is denied as moot. Additionally, the Government is relieved of the responsibility to respond to the motion.

**DONE AND ORDERED** at Tampa, Florida, on January 17, 2019.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
All parties